# MEMORANDA

OF THE

*CAUSES DECIDED DURING THE PERIOD EMBRACED IN THIS
VOLUME, WHICH ARE NOT REPORTED IN FULL.*

JOHN FLYNN et al., as Commissioners of Highways, etc.,
Respondents, *v.* DAVID WHIPPLE, as Commissioner of
Highways, etc., Appellant.

THIS case presented the same questions and was argued and
decided with *Flynn* v. *Hurd* (*ante* p. 19).

---

GEORGE L. WILTSIE, as Surviving Partner, etc., Respondent,
*v.* THE VILLAGE OF GREENBUSH, Appellant.

(Argued November 25, 1889 ; decided December 10, 1889.)

APPEAL from judgment of the General Term of the
Supreme Court in the third judicial department, entered upon
an order made December 1, 1886, which affirmed a judgment
in favor of plaintiff, entered upon the report of a referee.

*R. E. Andrews* and *Levi F. Longley* for appellant.

*Esek Cowen* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.